# SPECIAL ORDERS

In this section are orders of the Court (other than grants and denials of leave to appeal from the Court of Appeals) of general interest to the bench and bar of the state.

DECEMBER 29, 1982

PROBERT V ATTORNEY DISCIPLINE BOARD. (Docket No. 70448.) The complaint for mandamus is considered. We vacate the October 25, 1982, order of the Attorney Discipline Board and remand this matter to the hearing panel for further proceedings. Once the hearing panel issued its order of eligibility for reinstatement on October 4, 1982, providing that petitioner would be reinstated upon his fulfillment of certain conditions specified in the order, the Attorney Discipline Board was without authority to stay the reinstatement pending the taking of additional testimony. On remand the hearing panel is directed to reinstate petitioner upon satisfaction of the stated conditions. Review of the reinstatement decision may then be had pursuant to GCR 1963, 967 and 973. We do not retain jurisdiction. *David A. Neff* for petitioner. *Michael Alan Schwartz,* Grievance Administrator, and *William E. Lang,* Associate Counsel, for respondent.

IN THE MATTER OF GRIMES. (Docket No. 66527.) Rehearing denied. *Michael Alan Schwartz,* Grievance Administrator, for the Attorney Grievance Commission, petitioner. *Robert A. Grimes, in propria persona,* respondent. Reported at 414 Mich 483.

JANUARY 19, 1983

*In re* CERTIFIED QUESTIONS, MICHIGAN STATE CHAMBER OF COMMERCE V STATE OF MICHIGAN. (Docket No. 70862.) The Executive Message of the Governor, pursuant to GCR 1963, 797.1(a), filed with the Court on December 29, 1982, requesting that the Court direct the Ingham Circuit Court to certify certain questions for immediate consideration in the case of *Michigan State Chamber of Commerce v Michigan,* Docket No. 82-30835-CS, is considered.

Upon the representation of counsel that an agreed statement of facts is being prepared, pursuant to GCR 1963, 797.1(a), we direct the Ingham Circuit Court to certify the controlling question or questions